1
2
3
4
5                UNITED STATES DISTRICT COURT
6                    DISTRICT OF NEVADA
7                          * * *
8    JUAN CARLOS RIVERA,              )
                                      )
9              Plaintiff,             )      2:11-cv-0001-RLH-RJJ
                                      )
10   vs.                             )
                                      )
11   CLARK COUNTY,                    )      O R D E R
                                      )
12             Defendant,             )
                                      )
13   _____ )

14        This matter is before the Court on Plaintiff's Amended Complaint (#7).

15        The Court having reviewed the Amended Complaint and the docket herein and good

16   cause appearing therefore,

17        IT IS HEREBY ORDERED that a status hearing is scheduled for October 22, 2012, at

18   9:30 AM in courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas

19   Blvd. So., Las Vegas, Nevada. The Court will also address the Application to Proceed in District

20   Court Without Prepaying Fees or Costs (#1) at this hearing.

21        IT IS FURTHER ORDERED that only Plaintiff, Juan Carlos Rivera,  is required to

22   appear in Court for this hearing. Plaintiff is advised that failure to appear for this hearing may

23   result in a recommendation that this case be dismissed.

24        IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the

25   Plaintiff by certified mail, return receipt requested.

26        DATED this __26th__ day of September, 2012.

27
28                                              _____
                                                ROBERT J. JOHNSTON
                                                United States Magistrate Judge